**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

WOOJOO KIM,

Plaintiff,

v.

DONGGUANSHICHENHANSHANG MAOYOUXIANGORIGSI, LLC

Defendant.

Case No. 26-cv-02471-BAS-BJW

**ORDER DISMISSING ACTION WITHOUT PREJUDICE**

Plaintiff has failed to serve his Complaint on Defendants. Therefore, the Court ordered Plaintiff to show cause by September 17, 2026, as to why this case should not be dismissed under Federal Rule of Civil Procedure 4(m) and this Court's inherent authority. (ECF No. 5.) Plaintiff has not done so. Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** this action. *See* Fed. R. Civ. P. 4(m); *Link v. Wabash R.R.*, 370 U.S. 626, 630–31 (1962).

**IT IS SO ORDERED.**

**DATED: October 16, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**